B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Brown, Paul C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4387** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**189 South Grove Street**<br>**Elgin, IL**<br><div align="right">ZIP Code<br>**60120**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Brown, Paul C.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>      Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                     Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Brown, Paul C.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Paul C. Brown**
Signature of Debtor  **Paul C. Brown**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 19, 2008**
Date

#### Signature of Attorney*

X **/s/ JASON H. ROCK**
Signature of Attorney for Debtor(s)

**JASON H. ROCK**
Printed Name of Attorney for Debtor(s)

**BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA**
Firm Name

**6833 Stalter Drive**
**First Floor**
**Rockford, IL 61108**

_____
Address

**Email: jrock@bslbv.com**
**(815) 962-6611  Fax: (815) 962-0687**
Telephone Number

**August 19, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Paul C. Brown** _____  Case No. _____

                                              Debtor(s)     Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Paul C. Brown**
                                    **Paul C. Brown**
Date:   **August 19, 2008**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Paul C. Brown** _____,     Case No. _____

                                 Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 5,580,000.00 | | |
| B - Personal Property | Yes | 4 | 81,548.68 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 5,565,380.23 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 245,973.96 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 4,371,188.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,805.30 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,606.17 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 5,661,548.68 | | |
| Total Liabilities | | | | 10,182,542.90 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Paul C. Brown**

Debtor ,

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re   **Paul C. Brown**                                                                                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Townhouse**<br>**189 South Grove Street**<br>**Elgin, IL 60120** | **Fee** | **H** | **280,000.00** | **280,000.00** |
| **Three Story Commercial Building**<br>**738 North Clark Street**<br>**Chicago, IL 60610** | **Fee** | **H** | **2,200,000.00** | **1,850,000.00** |
| **Two Unit Building**<br>**460 South Liberty Street**<br>**Elgin, Illinois 60120** | **Fee** | **H** | **190,000.00** | **140,000.00** |
| **444-446 Fulton Street**<br>**Elgin, Illinois** | **Fee** | **H** | **280,000.00** | **250,535.00** |
| **304-310 Fulton Street**<br>**Elgin, IL 60120** | **Fee** | **H** | **360,000.00** | **330,000.00** |
| **Single Family Residence**<br>**1342 North Leavitt**<br>**Chicago, Illinois** | **Fee** | **H** | **1,500,000.00** | **1,300,000.00** |
| **1334 Hunter Ridge**<br>**Hoffman Estates, Illinois** | **Fee** | **H** | **490,000.00** | **450,000.00** |
| **Rental Property**<br>**1069 Summit Street**<br>**Elgin, IL 60120** | **Fee** | **H** | **280,000.00** | **240,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **5,580,000.00** | (Total of this page) |
| Total > | **5,580,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Paul C. Brown**                                                                        ,    Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | H | 200.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **National City Bank/Personal Checking** | H | 158.00 |
| | | | **US Bank/Personal Checking** | H | 600.00 |
| | | | **E-Trade Account** | H | 4.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Two TVs, two couches, two bedroom sets, dining room set, digital camera, camcorder and other random household articles** | H | 1,800.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Book Collection** | H | 400.00 |
| | | | **DVD Collection** | H | 1,000.00 |
| 6. | Wearing apparel. | | **Standard Wearing Apparel** | H | 500.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Golf, fishing and camping equipment** | H | 1,000.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prudential Life Insurance Cash Surrender Value (Daughter named as beneficiary)** | H | 2,783.68 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **8,445.68**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Paul C. Brown**                                                          ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **100% ownership interest in Falconridge, LLC** | H | 1.00 |
| | | **100% interest in Oxford, Falconridge & Pensby, LLC** | H | 1.00 |
| | | **100% ownership interest in Pensby, LLC** | H | 2,000.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **Various Tenant Judgments (approximately $30,000.00)** | H | 1.00 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

| | | |
|---|---|---|
| | Sub-Total >  | 2,003.00 |
| | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Paul C. Brown**                                                    ,     Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 911 Porsche Carrerra** | H | 60,000.00 |
| 26. Boats, motors, and accessories. | | **16' Aluminum Motorboat/40 HP Motor (1984 Bayliner)** | H | 100.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Laptop Computer** | H | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >         61,100.00
(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Paul C. Brown**                                                              ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Purchase Contract Deposit for 1324 14th Street St. Charles, Illinois** | **H** | **10,000.00** |
| | | **Malicious prosecution claim against Harwood, Marcus & Burke, Nunsio Casalino, and John Daniels** | **H** | **Unknown** |
| | | **Invasion of privacy claim against Tina Hughes and Highridge Partners** | **H** | **Unknown** |

|  |  |
|---|---|
| Sub-Total > | **10,000.00** |
| (Total of this page) | |
| Total > | **81,548.68** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Paul C. Brown**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **Townhouse** **189 South Grove Street** **Elgin, IL 60120** | **735 ILCS 5/12-901** | **15,000.00** | **280,000.00** |
| **Cash on Hand** | | | |
| **Cash on Hand** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **National City Bank/Personal Checking** | **735 ILCS 5/12-1001(b)** | **158.00** | **158.00** |
| **Household Goods and Furnishings** | | | |
| **Two TVs, two couches, two bedroom sets, dining room set, digital camera, camcorder and other random household articles** | **735 ILCS 5/12-1001(b)** | **1,800.00** | **1,800.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Book Collection** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| **DVD Collection** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Wearing Apparel** | | | |
| **Standard Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Interests in Insurance Policies** | | | |
| **Prudential Life Insurance** **Cash Surrender Value (Daughter named as beneficiary)** | **215 ILCS 5/238** | **2,783.68** | **2,783.68** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **100% ownership interest in Pensby, LLC** | **735 ILCS 5/12-1001(b)** | **442.00** | **2,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 911 Porsche Carrerra** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **60,000.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Laptop Computer** | **735 ILCS 5/12-1001(d)** | **1,000.00** | **1,000.00** |

Total:        **25,683.68**        **349,841.68**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Paul C. Brown**                                          ,   Case No. _____
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx0552**<br><br>**AMC Mortgage Services, Inc.**<br>**Post Office Box 5926**<br>**Carol Stream, IL 60197-5926** | | H | **Mortgage**<br><br>**444-446 Fulton Street**<br>**Elgin, Illinois**<br><br>Value $        **280,000.00** | | | | 250,535.00 | 0.00 |
| Account No. **xxxxxxxx9253**<br><br>**America's Servicing Co.**<br>**7495 New Horizon Way**<br>**Frederick, MD 21703** | | H | **NOTICE ONLY**<br><br><br>Value $             **1.00** | | | | 10.00 | 9.00 |
| Account No. **xxxxxx9001**<br><br>**American Metro Bank**<br>**4878 North Broadway**<br>**Chicago, IL 60640** | | H | **Mortgage**<br><br>**Three Story Commercial Building**<br>**738 North Clark Street**<br>**Chicago, IL 60610**<br><br>Value $     **2,200,000.00** | | | | 1,850,000.00 | 0.00 |
| Account No.<br><br>**Chase Home Finance**<br>**Post Office Box 8116**<br>**Phoenix, AZ 85062-8116** | | H | **304-310 Fulton Street**<br>**Elgin, IL 60120**<br><br><br>Value $        **360,000.00** | | | | 330,000.00 | 0.00 |

___4___ continuation sheets attached

Subtotal
(Total of this page)         **2,430,545.00**         **9.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Paul C. Brown**                                                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx1903** <br><br> **Chase Manhattan Mortgage** <br> **10790 Rancho Bernardo Road** <br> **San Diego, CA 92127** | | H | NOTICE ONLY <br><br><br> Value $           **1.00** | | | | **1.00** | **0.00** |
| Account No. **xxxx7192** <br><br> **Chase Manhattan Mortgage** <br> **10790 Rancho Bernardo Road** <br> **San Diego, CA 92127** | | H | NOTICE ONLY <br><br><br> Value $           **1.00** | | | | **100.00** | **99.00** |
| Account No. **xxxx6730** <br><br> **Chase Manhattan Mortgage** <br> **10790 Rancho Bernardo Road** <br> **San Diego, CA 92127** | | H | NOTICE ONLY <br><br><br> Value $           **1.00** | | | | **100.00** | **99.00** |
| Account No. **xxxx7682** <br><br> **Chase Mortgage** <br> **10790 Rancho Bernardo Road** <br> **San Diego, CA 92127** | | H | NOTICE ONLY <br><br><br> Value $           **1.00** | | | | **1.00** | **0.00** |
| Account No. **xxxx3775** <br><br> **Countrywide** <br> **Post Office Box 650070** <br> **Dallas, TX 75265-0070** | | H | Mortgage <br><br> **Single Family Residence** <br> **1342 North Leavitt** <br> **Chicago, Illinois** <br> Value $     **1,500,000.00** | | | | **1,300,000.00** | **0.00** |

Sheet ___**1**___ of ___**4**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

<div align="right">Subtotal<br>(Total of this page)</div>

| | |
|---|---|
| **1,300,202.00** | **198.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

**B6D (Official Form 6D) (12/07) - Cont.**

In re  **Paul C. Brown**                                                          ,      Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx5798** | | | **NOTICE ONLY** | | | | | |
| **Countrywide** **450 American Street** **Simi Valley, CA 93065** | | H | Value $ **1.00** | | | | **1.00** | **0.00** |
| Account No. **3858** | | | **NOTICE ONLY** | | | | | |
| **Countrywide Home Loans** **450 American Street** **Simi Valley, CA 93065** | | H | Value $ **0.00** | | | | **1.00** | **1.00** |
| Account No. | | | **Second Mortgage** **1342 North Leavitt Street** **Chicago, IL** | | | | | |
| **Dyck/O'Neil, Inc.** **c/o Debi Randall** **15301 Spectrum Drive, Suite 450** **Addison, TX 75001** | | H | Value $ **1,500,000.00** | | | | **178,704.23** | **0.00** |
| Account No. **xxxxxxxxx5485** | | | | | | | | |
| **EMC Mortgage** **Post Office Box 141358** **Irving, TX 75014** | | H | Value $ **0.00** | | | | **445,925.00** | **445,925.00** |
| Account No. **xxxxxx7682** | | | **Mortgage** **Townhouse** **189 South Grove Street** **Elgin, IL 60120** | | | | | |
| **Home Finance** **Attention:  Department 360** **Post Office Box 509011** **San Diego, CA** | | H | Value $ **280,000.00** | | | | **280,000.00** | **0.00** |

Sheet **2** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **904,631.23** | **445,926.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Paul C. Brown**
_____,     Case No. _____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1903** | | | Mortgage | | | | | |
| Home Finance Attention:  Department 360 Post Office Box 509011 San Diego, CA 92150-9011 | | H | 1334 Hunter Ridge Hoffman Estates, Illinois | | | | | |
| | | | Value $            490,000.00 | | | | 450,000.00 | 0.00 |
| Account No. **xxxxxx6730** | | | Mortgage | | | | | |
| Home Finance Attention:  Department 380 Post Office Box 509011 San Diego, CA 92150-9011 | | H | Rental Property 1069 Summit Street Elgin, IL 60120 | | | | | |
| | | | Value $            280,000.00 | | | | 240,000.00 | 0.00 |
| Account No. **xxxxx8991** | | | Mortgage | | | | | |
| HomeQ Servicing Corp Post Office Box 70830 Charlotte, NC 28272-0830 | | H | Two Unit Building 460 South Liberty Street Elgin, Illinois 60120 | | | | | |
| | | | Value $            190,000.00 | | | | 140,000.00 | 0.00 |
| Account No. **xxxxx9995** | | | NOTICE ONLY | | | | | |
| Ochwen FSB 12650 Ingenuity Drive Chiefland, FL 32626 | | H | | | | | | |
| | | | Value $                   0.00 | | | | 1.00 | 1.00 |
| Account No. | | | Purchase Money Loan for | | | | | |
| Systems & Services Technologies Inc 1717 West 7th Street Joplin, MO 64801 | | H | 2007 Porsche Carrera | | | | | |
| | | | Value $             60,000.00 | | | | 100,000.00 | 40,000.00 |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

930,001.00    40,001.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Paul C. Brown**                                                    ,    Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx9001** <br><br> **Zions First National** <br> **One Evertrust Plaza** <br> **Jersey City, NJ 07302** | | H | **NOTICE ONLY** <br><br><br> Value $            **0.00** | | | | **1.00** | **1.00** |
| Account No. <br><br><br><br> | | | <br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br> Value $ | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br> (Total of this page) | **1.00** | **1.00** |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **5,565,380.23** | **486,135.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Paul C. Brown**                                 ,    Case No. _____

                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**   continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Paul C. Brown**                                                    ,      Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **IDOL Claim Number xx-xx2155** | | | | **Business Debt** | | | | | |
| **Illinois Department of Labor 100 West Randolph Street 13th Floor Chicago, IL 60601** | H | | | | | | X | | 0.00 |
| | | | | | | | | 5,443.20 | 5,443.20 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  <u>1</u>  of  <u>2</u>  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 0.00 |
|---|
| 5,443.20 | 5,443.20 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Paul C. Brown**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. |  |  | IL-1040/2005 |  |  |  |  |  |  |
| **Illinois Department of Revenue Post Office Box 19084 Springfield, IL 62794-9084** |  | H |  |  |  |  | 37,054.10 | 0.00 | 37,054.10 |
| Account No. |  |  | 1040/1231 2005 |  |  |  |  |  |  |
| **Internal Revenue Service Centralized Insolvency Ops. Post Office Box 21126 Philadelphia, PA 19114-0326** |  | H |  |  |  |  | 203,476.66 | 0.00 | 203,476.66 |
| Account No. |  |  |  |  |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |  |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 240,530.76 | 240,530.76 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 245,973.96 | 245,973.96 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Paul C. Brown**
_____, Case No. _____
                                        *Debtor*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Pxxx2040**<br><br>A/R Concepts,Inc.<br>33 West Higgins Road<br>Suite 715<br>Barrington, IL 60010-9103 | | H | Collection for City of Des Plaines | | | | **Unknown** |
| Account No.<br><br>Aaron Krolik<br>111 West Washington Street<br>Suite 1028<br>Chicago, IL 60602 | | H | Collection re: 2007 M1 197436 | | | | 5,964.49 |
| Account No. **xxxxxxxxxxxx1665**<br><br>Academy Collection Services<br>10965 Decatur Road<br>Philadelphia, PA 19154-3210 | | H | Business Debt<br>Collection for GE Consumer Finance | | | | 2,669.68 |
| Account No. **xxxxxxxxxxxx8829**<br><br>Academy Collection Services<br>10965 Decatur Road<br>Philadelphia, PA 19154-3210 | | H | Business Debt<br>Collection for GE Consumer Finance<br>GEMoney Bank | | | | 3,089.45 |

__24__  continuation sheets attached

Subtotal
(Total of this page)   **11,723.62**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:21001-080515   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul C. Brown**                                                                           ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | J C | | | | | |
| Account No. **xxxxxxxxxxx0283** | | | | | **Business Debt - Collection for Citibank-Exxon Mobil** | | | | |
| **ACB Bill**<br>**Post Office Box 177**<br>**Cincinnati, OH 45201-0177** | | H | | | | | | | |
| | | | | | | | | | 460.92 |
| Account No. | | | | | **Business Debt** | | | | |
| **ACL Self-Storage Co.**<br>**1741 Weld Road**<br>**Elgin, IL 60123-5826** | | H | | | | | | | |
| | | | | | | | | | 776.00 |
| Account No. **MKTxxxxx4195** | | | | | **Business Debt** | | | | |
| **American Metro Bank**<br>**4878 North Broadway Street**<br>**Chicago, IL 60640** | | H | | | | | | | |
| | | | | | | | | | 73,665.62 |
| Account No. **xxxxxxxxx8405** | | | | | **Collection for City of Chicago - Department of Revenue**<br>**NOTICE ONLY** | | | | |
| **Arnold Scott Harris, PC**<br>**600 West Jackson Boulevard**<br>**Suite 720**<br>**Chicago, IL 60680-5625** | | H | | | | | | | |
| | | | | | | | | | 1.00 |
| Account No. **xxxxxxxxxxx5794** | | | | | **Collection for HSBC Nevada National Association** | | | | |
| **Arrow Financial**<br>**5996 West Toughy Avenue**<br>**Niles, IL 60714** | | H | | | | | | | |
| | | | | | | | | | 3,000.00 |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77,903.54

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul C. Brown**_____,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxxxxxxxx5794**<br><br>**Arrow Financial**<br>**21031 Network Place**<br>**Chicago, IL 60678-1031** | | H | | Business Debt - Collection for Household | | | | 2,824.66 |
| Account No. **xxxxxxx5004**<br><br>**AT&T**<br>**Post Office Box 8100**<br>**Aurora, IL 60507** | | H | | Business Debt | | | | 1,356.98 |
| Account No.<br><br>**Attorney Christopher A. Cieniawa**<br>**Fisher & Shapiro, LLC**<br>**4201 Lake Cook Road**<br>**Northbrook, IL 60062-1060** | | H | | Collection for Wells Fargo v. Paul Brown Case #06 CH 18935 | | | | 70,985.55 |
| Account No.<br><br>**Attorney Christopher A. Cieniawa**<br>**Fisher & Shapiro, LLC**<br>**4201 Lake Cook Road**<br>**Northbrook, IL 60062-1060** | | H | | Collection for Wells Fargo Bank, NA v. Paul Brown, et al #06 CH 16322 Deficiency Judgment | | | | 388,400.14 |
| Account No.<br><br>**Attorney David S. Rusink**<br>**180 North LaSalle Street**<br>**Suite 3700**<br>**Chicago, IL 60601** | | H | | 742 North LaSalle, LLC v. Paul Brown, et al 04 L 013915 | | | | 299,811.32 |

Sheet no. _**2**_ of _**24**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

763,378.65

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul C. Brown**                                                                         ,      Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Attorney Jerome E. Riley**<br>**Freedman, Anselmo, Lindberg &**<br>**Rappe**<br>**Post Office Box 3228**<br>**Naperville, IL 60566-7228** | | H | | | **Collection for Jaguar Credit Corporation v. Paul Brown**<br>**06 L 00559**<br>**NOTICE ONLY** | | | | 1.00 |
| Account No.<br><br>**Attorney John Gilbert**<br>**202 West State Street**<br>**Suite 200**<br>**Rockford, IL 61101** | | H | | | **Legal Services Rendered** | | | | 725.00 |
| Account No.<br><br>**Attorney Matthew M. Hevrin**<br>**Hinshaw & Culbertson LLP**<br>**100 Park Avenue**<br>**Rockford, IL 61105-1389** | | H | | | **Collection re: First Midwest Bank v. Paul Brown**<br>**Notice Only** | | | | 0.00 |
| Account No.<br><br>**Attorney Melissa B. Hursey**<br>**Fitzgerald & Hursey, LLP**<br>**215 North DesPlaines Street, Suite**<br>**Chicago, IL 60661-1140** | | H | | | **American MB v. PCB, et al**<br>**07 CH 12835** | | | | 2,174,337.86 |
| Account No.<br><br>**Attorney Michael Kemok**<br>**Pierce & Associates**<br>**One North Dearborn Street**<br>**Chicago, IL 60602** | | H | | | **Notice Only** | | | | 1.00 |

Sheet no. __3___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,175,064.86**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul C. Brown** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Attorney Michael P. Cohen 435 West Erie Suite 802 Chicago, IL 60610** | | H | | | **Scott & Kraus, LLC v. Paul Brown, et al 07 M1 258115** | | | | 34,288.96 |
| Account No. <br><br> **Attorney Michael R. Polk Walinski & Trunkett, PC 25 East Washington Street Chicago, IL 60602** | | H | | | **Oak Trust Credit Union v. Paul C. Brown 07 LK 605** | | | | 1.00 |
| Account No. <br><br> **Attorney Sandra G. Quello Evans, Loewenstein, Shimanovsky 130 South Jefferson Street, Ste.500 Chicago, IL 60661** | | H | | | **Dusan** | | | X | 140,000.00 |
| Account No. **0097** <br><br> **Bank of America P.O. Box 1390 Achilles, VA 23001** | | H | | | **Business Debt** | | | | 23,597.00 |
| Account No. <br><br> **Bank of America P.O. Box 1390 Achilles, VA 23001** | | H | | | **Business Debt** | | | | 9,673.00 |

Sheet no. __4__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **207,559.96**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul C. Brown**                                              ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **xx-xxx2672**<br><br>**Bell, Boyd & Lloyd LLP**<br>**70 West Madison Street**<br>**Suite 3100**<br>**Chicago, IL 60602-4207** | | H | | | **Legal Services Rendered** | | | | 60,945.29 |
| Account No. **xxxxxx4164**<br><br>**BMW Financial Services**<br>**5515 Park Center Cir.**<br>**Dublin, OH 43017** | | H | | | **Business Debt** | | | | 13,352.00 |
| Account No.<br><br>**Bonnie J. Shoenberg**<br>**425 Huehl Road**<br>**Building #3**<br>**Northbrook, IL 60062** | | H | | | **New Chicago State Currency Exchange, Inc./James Bosse**<br>**NSF Check** | | | | 591.86 |
| Account No. **xxxxxx9336**<br><br>**BP**<br>**Post Office Box 70887**<br>**Charlotte, NC 28272-0887** | | H | | | **Business Debt** | | | | 437.85 |
| Account No. **xxxxx2040**<br><br>**Bureau of Collection Recovery**<br>**Post Office Box 9001**<br>**Minnetonka, MN 55345-9001** | | H | | | **Business Debt - Collection for Cingular Wireless** | | | | 662.09 |

Sheet no. __5___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**75,989.09**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul C. Brown**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx5432**<br><br>**CACH LLC**<br>**370 17th Street**<br>**Suite 5000**<br>**Denver, CO 80202** | | H | **Business Debt** | | | | **1,012.00** |
| Account No. **xx xxxxx0897**<br><br>**CCS Payment Processing Center**<br>**P.O. Box 55126**<br>**Boston, MA 02205-5126** | | H | **Business Debt** | | | | **99.98** |
| Account No. **xxx6765**<br><br>**Central DuPage Hospital**<br>**25 North Winfireld Road**<br>**Winfield, IL 60190-1295** | | H | **Medical** | | | | **209.50** |
| Account No. **xxxx6989**<br><br>**Certegy Payment Recovery Services,**<br>**11601 Roosevelt Boulevard**<br>**Saint Petersburg, FL 33716** | | H | **Collection for Sherman Dodge** | | | | **2,297.92** |
| Account No. **BWNHRMD xxxxxxx xxx9529**<br><br>**Certified Services, Inc.**<br>**Post Office Box 177**<br>**Waukegan, IL 60079-0177** | | H | **Business Debt** | | | | **65.00** |

Sheet no. __6___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,684.40**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul C. Brown**                                              ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 8186** | | | Business Debt | | | | |
| **Chase** **Post Office Box 1513** **Wilmington, DE** | | H | | | | | 9,232.91 |
| Account No. **xxxxxxxx2135** | | | Business Debt | | | | |
| **Chase** **PO Box 52195** **Phoenix, AZ 85072-2195** | | H | | | | | 8,160.00 |
| Account No. | | | Business Debt | | | | |
| **Chicago Apartment Solutions** **1614 West Belmont** **Chicago, IL 60657** | | H | | | | | 1,100.00 |
| Account No. **96-04** | | | Business Debt | | | | |
| **Chicagoland Survey Company, Inc.** **6501 West 65th Street** **Chicago, IL 60638** | | H | | | | | 475.00 |
| Account No. **xxxxxxxx2385** | | | Business Debt | | | | |
| **Citifinancial Retail** **Post Officed Box 6080** **Newark, DE 19714** | | H | | | | | 5,752.00 |

Sheet no. __**7**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,719.91

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul C. Brown**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xx5870**<br><br>**City of Chicago**<br>**Department of Water Management**<br>**Post office Box 6330**<br>**Chicago, IL 60680-6330** | | H | **Business Debt for 6253 North Kedvale Avenue** | | | | **694.42** |
| Account No. **xxxxxx-xx6373**<br><br>**City of Chicago**<br>**Department of Water Management**<br>**Post Office Box 6330**<br>**Chicago, IL 60680-6330** | | H | **Business Debt for 738 North Clark Street, Chicago, Illinois** | | | | **2,131.07** |
| Account No. **xxBSx5531A**<br><br>**City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle Street, Room 107**<br>**Chicago, IL 60602** | | H | **Business Debt** | | | | **1,025.00** |
| Account No. **xxx0597**<br><br>**City of Chicago**<br>**Department of Buildings**<br>**120 North Racine Avenue**<br>**Chicago, IL 60607** | | H | **Building Code Violations for 738 North Clark Street, Chicago, Illinois`** | | | | **Unknown** |
| Account No. **xxxxxx-xx3703**<br><br>**City of Chicago Water Department**<br>**Post office Box 6330**<br>**Chicago, IL 60680-6330** | | - | **Business Debt for 1441 North Elk Grove Avenue Property** | | | | **370.83** |

Sheet no. __**8**___ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,221.32**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul C. Brown**                                                    ,   Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx8433** <br><br> **Comcast** <br> **1711 East Wilson Street** <br> **Batavia, IL 60510** | | H | | Business Debt | | | | **1,591.43** |
| Account No. **xxxxxx9056** <br><br> **COMED BILL PAYMENT CENTER** <br> **Chicago, IL 60668** | | H | | Business Debt | | | | **248.85** |
| Account No. **xxxxxx9056** <br><br> **Commonwealth Edison Bill Payment Ce** <br> **Chicago, IL 60668-0001** | | H | | Business Debt | | | | **187.11** |
| Account No. **xxxxxx1037** <br><br> **Commonwealth Edison Bill Payment Ce** <br> **Chicago, IL 60668-0001** | | H | | Business Debt | | | | **1,654.62** |
| Account No. **xxxxxx9056** <br><br> **Commonwealth Edison Bill Payment Ce** <br> **Chicago, IL 60668-0001** | | H | | Business Debt | | | | **200.03** |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,882.04**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul C. Brown**                                                                ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx9056**<br><br>**Commonwealth Edison Bill Payment Ce**<br>**Chicago, IL 60668-0001** | | H | | Business Debt | | | | 230.66 |
| Account No. **xxxxxxxx2049**<br><br>**Credit One Bank**<br>**Post Office Box 98873**<br>**Las Vegas, NV 89193-8873** | | H | | Business Debt | | | | 964.00 |
| Account No. **xx-xxxxxx-xxxxxxxxxxxxx33-00**<br><br>**Credit Protection Association, L.P.**<br>**Comcast**<br>**Post Office Box 3002**<br>**Southeastern, PA 19398-3002** | | H | | Business Debt | | | | 3,553.27 |
| Account No. **xxxxxxxx4151**<br><br>**Creditors Financial Group**<br>**Post Office Box 440290**<br>**Aurora, CO 80044-0290** | | H | | Collection for Citigroup<br>Business Debts | | | | 6,700.00 |
| Account No.<br><br>**Daniel G. Lauer & Associates, PC**<br>**1424 West Division Street**<br>**Chicago, IL 60622** | | H | | NOTICE ONLY<br>Collection for Chicago Apartment Solutions | | | | 1,100.00 |

Sheet no. __10__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,547.93

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul C. Brown**                                          ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx6750<br><br>**Dependon Collection SE**<br>**7627 West Lake Street**<br>**Suite 210**<br>**River Forest, IL 60305** | | H | **Business Debt** | | | | 2,306.00 |
| Account No.<br><br>**Donovan Nesbitt**<br>**c/o Kiana Nesbitt**<br>**8555 Crawford Avenue**<br>**Skokie, IL 60076** | | H | **NOTICE ONLY/Contribution Claim for Humvee Loan** | | | | 1.00 |
| Account No. xxxx-xxxx-xxxx-0945<br><br>**Elan Financial Services**<br>**Post Office Box 108**<br>**Saint Louis, MO 63166-9801** | | H | **Business Debt** | | | | 1,253.74 |
| Account No. xxxxxxxxxxx0283<br><br>**EXXON MOBIL**<br>**Post Office Box 4598**<br>**Carol Stream, IL 60197-4598** | | H | **Business Debt** | | | | 460.00 |
| Account No. x1146<br><br>**First Bank and Trust**<br>**820 Church Street**<br>**Evanston, IL 60201** | | H | **Deficiency Balance - 2005 Land Rover Repossession**<br>**VIN #SALME11465A189287** | | | | 29,809.40 |

Sheet no. __11__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,830.14

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul C. Brown**                                                    ,        Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx1182** <br><br> **First Bank and Trust** <br> **820 Church Street** <br> **Evanston, IL 60201** | | H | | | **2005 Land Rover Range Rover Respossession/Vin #SALME11455A185621** | | | | 26,067.21 |
| Account No. <br><br> **First Midwest Bank, N.A.** <br> **c/o Attorney Matthew Hevrin** <br> **Post Office Box 1309** <br> **Rockford, IL 61105** | | H | | | **Deficiency Judgment after sale of 929-935 North Main Street, Rockford, IL 61101** | | | | 0.00 |
| Account No. **xxxxx x & xx025 7** <br><br> **Flood Brothers Disposal Co.** <br> **17 West 697 Butterfield Road** <br> **Suite E** <br> **Oakbrook Terrace, IL 60181** | | H | | | **Business Debt** | | | | 2,996.32 |
| Account No. **xx-xxx8900** <br><br> **Flood Brothers Disposal Co.** <br> **17 West 697 Butterfield Road** <br> **Suite E** <br> **Oakbrook Terrace, IL 60181** | | H | | | **Business Debt** | | | | 1,272.15 |
| Account No. **xx-xxxx397 8** <br><br> **Flood Brothers Disposal Co.** <br> **17 West 697 Butterfield Road** <br> **Suite E** <br> **Oakbrook Terrace, IL 60181** | | H | | | **Business Debt** | | | | 6,444.85 |

Sheet no. __**12**__ of __**24**__ sheets attached to Schedule of          Subtotal                    36,780.53
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul C. Brown**                                                              ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Foote, Meyers, Mielke & Flowers**<br>**28 North First Street**<br>**Suite Two**<br>**Geneva, IL 60134** | | H | **Notice Only** | | | | **1.00** |
| Account No.<br><br>**Forrest Auto Body, Inc.**<br>**950 Villa Street**<br>**Elgin, IL 60120-8147** | | H | **Business Debt** | | | | **5,379.44** |
| Account No. **xxxxxx4164**<br><br>**Friedman & Wexler, LLC**<br>**500 West Madison Street**<br>**Suite 2910**<br>**Chicago, IL 60661-2587** | | H | **Collection for BMW Financial Services**<br>**NOTICE ONLY** | | | | **1.00** |
| Account No.<br><br>**Gregory Sultan**<br>**Attorney at Law**<br>**1601 Sherman Avenue, Suite 200**<br>**Evanston, IL 60201** | | H | **Earnest Money Dispute for 1324 14th Street, St. Charles, Illinois** | | | X | **70,000.00** |
| Account No.<br><br>**Harris Bank**<br>**1100 North Roselle Road**<br>**Hoffman Estates, IL 60169** | X | H | **Purchase Money Loan for 2002 Humvee**<br><br>**NOTICE ONLY** | | | | **0.00** |

Sheet no. __13__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**75,381.44**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul C. Brown**                                    ,   Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3006** <br><br> **Harvard Collection Services, Inc.** <br> **Post Office Box 1992** <br> **Southgate, MI 48195-0992** | | H | Collection for Illinois Department of Revenue - NOTICE ONLY | | | | 1.00 |
| Account No. **xxxxxx0552** <br><br> **Ira Nevill** <br> **175 North Franklin Street** <br> **Suite 201** <br> **Chicago, IL 60606** | | H | City Residential Lending v. Paul Brown Mortgage Defaults | | | | 64,347.78 |
| Account No. **xxxx5690** <br><br> **Jaguar Credit** <br> **Post Office Box 111897** <br> **Nashville, TN 37222** | | H | Business Debt | | | | 59,557.00 |
| Account No. **xxxx2627** <br><br> **Jaguar Credit** <br> **Post Office Box 111897** <br> **Nashville, TN 37222** | | H | Business Debt | | | | 61,581.00 |
| Account No. **xxx3-006M** <br><br> **James Kiss** <br> **96 Kennedy Memorial Drive** <br> **Suite 203** <br> **Carpentersville, IL 60110** | | H | Attorneys' fees re: Brown v. Zions First National Bank | | | | 4,126.76 |

Sheet no. __14__ of __24__ sheets attached to Schedule of              Subtotal              189,613.54
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul C. Brown**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | H | | legal fees | | | | |
| **Kalland Law Office** **167 East Chicago Street** **Elgin, IL 60120** | | | | | | | | 1,226.94 |
| Account No. **Xxxxxxxx-HC-STxx0-999** | | H | | NOTICE ONLY - Collection for Pediatric Dentistry, Ltd. | | | | |
| **L.C. System, Inc.** **444 Highway 96 East** **Saint Paul, MN 55164-0437** | | | | | | | | 1.00 |
| Account No. | | H | | Delic v. Brown 2008 L 002212 | | | X | |
| **Law Offices-Peter Anthony Johnson** **4 East Huron Street** **Chicago, IL 60611-3514** | | | | | | | | 50,000.00 |
| Account No. **xxxxxxxxxxxx4997** | | H | | Business Deb | | | | |
| **Linens N Things** **2760 Sutton Road** **Hoffman Estates, IL 60192** | | | | | | | | 553.71 |
| Account No. **xxxx3129** | | H | | Collection for Sherman Hospital | | | | |
| **Medical Recovery Specialists, Inc.** **2250 East Devon Avenue** **Suite 352** **Des Plaines, IL 60018** | | | | | | | | 185.60 |

Sheet no. __**15**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,967.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul C. Brown**
,                                          Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0945**<br><br>**Mercantile Adjustment Bureau**<br>**Post Office Box 9016**<br>**Buffalo, NY 14231** | | H | Business Debt<br>Collection for Riverwalk Holdings, Ltd | | | | 1,638.21 |
| Account No. **xxxxx7041**<br><br>**MidAmerica Bank**<br>**55th & Holmes Avenue**<br>**Clarendon Hills, IL 60514** | | H | Business Debt | | | | 2,293.42 |
| Account No.<br><br>**Mr. Steve Mazur**<br>**City of Chicago Department of Build**<br>**120 North Racine Avenue**<br>**Chicago, IL 60607** | | H | NOTICE ONLY for building violations for 738 North Clark Street, Chicago, Illinois | | | | Unknown |
| Account No.<br><br>**Nationwide Agribusiness Insurance C**<br>**5525 Parkcenter Circle**<br>**Dublin, OH 43017** | | H | Business Debt | | | | 1,126.44 |
| Account No. **xxxx2157-WAL**<br><br>**NCO Financial Systems, Inc.**<br>**PO Box 17196**<br>**Baltimore, MD 21297** | | H | Collection for Nicor Gas<br>NOTICE ONLY | | | | 1.00 |

Sheet no. **16** of **24** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,059.07**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul C. Brown**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xxxx9843** | | | Business Debt | | | | |
| **New World Media** **6245 West Howard Street** **Niles, IL 60714-3403** | | H | | | | | 597.91 |
| Account No. **xx-xx-xx-x727 1** | | | Business Debt | | | | |
| **Nicor** **P.O. Box 416** **Aurora, IL 60568-0001** | | H | | | | | 5,921.31 |
| Account No. **xx-xx-xx-x727 1** | | | Business Debt | | | | |
| **Nicor** **P.O. Box 416** **Aurora, IL 60568-0001** | | H | | | | | 7,802.29 |
| Account No. **xx-xx-xx-x818 4** | | | Business Debt | | | | |
| **Nicor** **P.O. Box 416** **Aurora, IL 60568-0001** | | H | | | | | 1,627.65 |
| Account No. **xx6674** | | | Business Debt | | | | |
| **Nicor Gas** **1844 West Ferry Road** **Naperville, IL 60563** | | H | | | | | 41,118.51 |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,067.67

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul C. Brown**                                                    ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nigro and Westfall, PC** <br> **1793 Bloomingdale Road** <br> **Glendale Heights, IL 60139** | | H | Collection for Gost v. Brown | | | | 1.00 |
| Account No. **x0437** <br><br> **Nordstrom FSB** <br> **Post office Box 6555** <br> **Englewood, CO 80155** | | H | Business Debt | | | | 488.00 |
| Account No. <br><br> **Normand A. Cohen** <br> **25 East Washington Street** <br> **Suite #1927** <br> **Chicago, IL 60602** | | H | Attorneys Fees | | | | 75,400.00 |
| Account No. **xxxx xxxx 4270** <br><br> **North Shore Agency, Inc.** <br> **Attention: Ms. Goodwin** <br> **Post Office Box 94515** <br> **Palatine, IL 60094-4515** | | H | Business Debt | | | | 239.79 |
| Account No. **xxxxx8865** <br><br> **Northwest Suburban Imaging** <br> **34659 Eagle Way** <br> **Chicago, IL 60678** | | H | Medical | | | | 40.00 |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,168.79

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Paul C. Brown**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0121**<br><br>**Oak Trust**<br>**Post Office Box 5051**<br>**Villa Park, IL 60181** | | H | Business Debt | | | | 83,923.00 |
| Account No. **xxxx-xxxx-xxxx-2503**<br><br>**Office Depot**<br>**P.O. Box 689182**<br>**Des Moines, IA 50368-9182** | | H | Business Debt | | | | 857.96 |
| Account No. **xxxxxxxx xxxx 2503**<br><br>**Office Depot**<br>**P.O. Box 689182**<br>**Des Moines, IA 50368-9182** | | H | Business Debt | | | | 3,163.48 |
| Account No. **xxxxx3349**<br><br>**OSI Recovery Solutions**<br>**Post Office Box 8902**<br>**Westbury, NY 11590-8902** | | H | Business Debt for Wealth New World Media Transforming Debto Into Wealth | | | | 597.91 |
| Account No. **Xxxxxxxx-HC-STxx0-999**<br><br>**Pediatric Dentistry Ltd.**<br>**860 Summit Street**<br>**Suite 246**<br>**Elgin, IL 60120** | | H | Dental Work | | | | 182.00 |

Sheet no. __**19**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

88,724.35

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul C. Brown**                                                    ,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x xxxx xxxx 4844** | | | | Business Debt | | | | |
| Peoples Gas Chicago, IL 60687 | | H | | | | | | 702.62 |
| Account No. **xxxxxxxxxxxxxxxxx0297** | | | | Business Debt | | | | |
| Pier One Imports Post Office Box 15325 Wilmington, DE 19886 | | H | | | | | | 717.77 |
| Account No. | | | | Collection for Countrywide Home Loans, Inc. v. Paul Brown, et al Deficiency Judgment | | | | |
| Pierce & Associates 13th Floor One North Dearborn Street Chicago, IL 60602 | | H | | | | | | 348,732.76 |
| Account No. **xxxxxx39-11** | | | | Business Debt | | | | |
| Plaza Associates Post Office Box 18008 Hauppauge, NY 11788-8808 | | H | | | | | | 1,068.34 |
| Account No. **xxxxxxxx5700** | | | | Business Debt | | | | |
| Portfolio 120 Corporate Boulevard Suite 1 Norfolk, VA 23502 | | H | | | | | | 24,760.00 |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          375,981.49

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul C. Brown**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4426** <br><br> **Professional Account Management, LL** <br> **Post Office Box 2080** <br> **Milwaukee, WI 53201-2080** | | H | Collection for City of Milwaukee | | | | 80.00 |
| Account No. **PSLSHQ-xxx3337** <br><br> **Professional Bureau of Collections** <br> **Post Office Box 628** <br> **Elk Grove, CA 95759-0628** | | H | Business Debt | | | | 605.00 |
| Account No. **PLSHQ-xxx5304** <br><br> **Professional Bureau of Collections** <br> **Post Office Box 628** <br> **Elk Grove, CA 95759-0628** | | H | Business Debt | | | | 330.00 |
| Account No. **PLSHQxxx4414** <br><br> **Professional Bureau of Collections** <br> **Post Office Box 628** <br> **Elk Grove, CA 95759-0628** | | H | Business Debt | | | | 315.00 |
| Account No. **xxxx-xxxxxM/xxxxxM/x3989M** <br><br> **Roeser & Vuch, LLC** <br> **920 Davis Road** <br> **Elgin, IL 60123** | | H | Business Debt | | | | 1,221.50 |

Sheet no. __21__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,551.50**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Paul C. Brown**                                                    ,   Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxx2922** <br><br>**Sam's Club** <br>**Post Office Box 530970** <br>**Atlanta, GA 30353-0970** | | H | **Business Debt** | | | | 69.65 |
| Account No. <br><br>**Security Life Insurance Company** <br>**Post Office Box 26118** <br>**New York, NY 10087-6118** | | H | **Business Debt** | | | | 251.28 |
| Account No. **xxxx3129** <br><br>**Sherman Hospital** <br>**934 Center Street** <br>**Elgin, IL 60120-2198** | | H | **Medical Bills** | | | | 185.60 |
| Account No. **xxxxxxxxx-xxxxx4828** <br><br>**Speedway SuperAmerica** <br>**Post Office Box 1590** <br>**Springfield, OH 45501-1590** | | H | **Business Debt** | | | | 1,333.40 |
| Account No. <br><br>**St. Charles Veterinary Clinic** <br>**530 Dunham Road** <br>**Saint Charles, IL 60174** | | H | | | | | 174.00 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,013.93

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul C. Brown**                                                      ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx WU x983-1** | | | | Business Debt | | | | |
| **State Farm Insurance Company Post Office Box 680001 Dallas, TX 75368-0001** | | H | | | | | | 101.97 |
| Account No. **Kxxx9360** | | | | Business Debt | | | | |
| **State of Wisconsin Dodge County Justice Facility 210 West Center Street Juneau, WI 53039-1091** | | H | | | | | | 261.00 |
| Account No. **Claim #Bxx4856** | | | | Collection for St. Charles Veterinary Clinic NOTICE ONLY | | | | |
| **TAC Collections, Inc. 401 North Michigan Avenue Suite 1200 Chicago, IL 60611** | | H | | | | | | 1.00 |
| Account No. **xxxxxxx2924** | | | | Business Debt | | | | |
| **TRS Recovery Services, Inc. Post Office Box 60022 City Of Industry, CA 91716-0022** | | H | | | | | | 553.28 |
| Account No. **xxxx xxxx xxxx 0945** | | | | Business Debt | | | | |
| **U.S. Bank P.O. Box 790408 Saint Louis, MO 63179-0408** | | H | | | | | | 1,183.70 |

| | |
|---|---|
| Sheet no. __**23**__ of __**24**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) |
| | 2,100.95 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Paul C. Brown**                                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **xxxxxxx3800**<br><br>**US Bank/NA ND**<br>**4325 17th Avenue**<br>**Fontana, WI 53125** | | H | | **Business Debt** | | | | 4,853.00 |
| Account No. **xxxx5840**<br><br>**West Asset Management, Inc.**<br>**Post office Box 105478**<br>**Atlanta, GA 30348-5478** | | H | | **Business Debt for AT&T** | | | | 874.00 |
| Account No. **xxxxx2244**<br><br>**West Asset Management, Inc.**<br>**Post Office Box 1259**<br>**Department 11576**<br>**Oaks, PA 19456** | | H | | **Collection for AT&T Mobility** | | | | 1,032.11 |
| Account No.<br><br>**Wexler & Wexler LLC**<br>**500 West Madison Street**<br>**Suite 2910**<br>**Chicago, IL 60661-2587** | | - | | **Collection for City of Chicago** | | | | 1,070.43 |
| Account No.<br><br>**William Yung**<br>**Assistant Attorney General**<br>**100 West Randolph Street, 13th Floo**<br>**Chicago, IL 60601** | | H | | **Illinois Department of Labor v. Oxford Falconridge and Pensby Realty, Inc. and Paul Brown** | | | | 5,443.20 |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 13,272.74 |
| Total (Report on Summary of Schedules) | 4,371,188.71 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Paul C. Brown**                                                    ,    Case No. _____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **SIX WRITTEN LEASES** | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **Paul C. Brown**                                                      ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Donovan Nesbitt**<br>**c/o Kiana Nesbitt**<br>**8555 Crawford Avenue**<br>**Skokie, IL 60076** | **Harris Bank**<br>**1100 North Roselle Road**<br>**Hoffman Estates, IL 60169** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re  **Paul C. Brown**                                                      Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**daughter** | AGE(S):<br>**3** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Broker** | |
| Name of Employer | **Pensby LLC** | |
| How long employed | **1-1/2 years** | |
| Address of Employer | **860 Summit Street**<br>**Elgin, IL** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **0.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
| b. Insurance | $ | **0.00** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify): _____ | $ | **0.00** | $ | **N/A** |
| _____ | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **305.30** | $ | **N/A** |
| 11. Social security or government assistance<br>(Specify): _____ | $ | **0.00** | $ | **N/A** |
| _____ | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income<br>(Specify):  **Pensby LLC Draws (on average)** | $ | **2,500.00** | $ | **N/A** |
| _____ | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **2,805.30** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,805.30** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **2,805.30** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Paul C. Brown** _____   Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,900.00 |
| a. Are real estate taxes included?   Yes ___   No **X** | | |
| b. Is property insurance included?   Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 125.00 |
| b. Water and sewer | $ | 30.00 |
| c. Telephone | $ | 70.00 |
| d. Other   **Dish Network** | $ | 120.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 75.00 |
| 4. Food | $ | 350.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 160.00 |
| 8. Transportation (not including car payments) | $ | 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 55.17 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 114.33 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Residential Real Estate Taxes** | $ | 466.67 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Association Dues** | $ | 100.00 |
| Other   **Pet Care** | $ | 140.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,606.17 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,805.30 |
| b.   Average monthly expenses from Line 18 above | $ | 4,606.17 |
| c.   Monthly net income (a. minus b.) | $ | -1,800.87 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Paul C. Brown** _____     Case No. _____
                                              Debtor(s)            Chapter     **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___**45**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 19, 2008** _____          Signature   **/s/ Paul C. Brown** _____
                                                                 **Paul C. Brown**
                                                                 Debtor

   _Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
                              18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Paul C. Brown** _____    Case No. _____

_____ Debtor(s)    Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$20,000.00** | **2008 Pensbee LLC Draws** |
| **$52,000.00** | **2007 Gross Income** |
| **$52,000.00** | **2006 Gross Wages** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$21,000.00** | **2008 Gambling Winnings** |
| **$1,269.00** | **2006 Interest Income** |
| **$154,461.00** | **2006 Business Income** |
| **$71,245.00** | **2006 Capital Gains** |
| **$-448,233.00** | **2006 Real Estate Rental Losses** |
| **$-77,593.00** | **2006 Other Income** |
| **$-663,000.00** | **2007 Expected Business Losses** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Nicor**<br>**P.O. Box 416**<br>**Aurora, IL 60568-0001** | **August 4, 2008** | **$900.00** | **$0.00** |
| **Commonwealth Edison**<br>**Chicago, IL 60668** | **August 4, 2008** | **$900.00** | **$300.00** |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Paul Brown v. various residential tenants** | | **Cook County/Kane County** | **Judgments: $1.00** |
| **Paul Brown v. Teresa Bosse 2006 F KA 314** | **Family Law Proceeding** | **16th Judicial Circuit Kane County State of Illinois** | |
| **First Midwest Bank v. Paul Brown 2008 L 050254** | **Deficiency Judgment after sale of 929-935 North Main Street, Rockford, Illinois** | **Circuit Court of Cook County** | **Judgment Entered - Deficiency Judgment after sale of 929 - 935 North Main Street, Rockford, Illinois - Amount of Judgment: $587,929.61** |
| **Gost v. Paul Brown 2006 L 012441** | **Collection** | **Cook County State of Illinois** | |
| **J. P. Morgan Chase, N.A. v. Paul Brown 2007 CH 6001** | **Collection** | **Cook County State of Illinois** | **Pending** |
| **Spencer Cherry v. Paul Brown 2007 M1 197436** | **Collection** | **Cook County State of Illinois** | **Judgment - $5,964.49** |
| **Wells Fargo Bank, N.A. v. Paul Brown, et al 06 CH 18935** | **Collection** | **Cook County State of Illinois** | **Judgment Entered/Deficiency** |
| **Wells Fargo Bank, N.A. v. Paul Brown, et al 2006 CH 16322** | **Foreclosure** | **Cook County State of Illinois** | **Deficiency Judgment - $388,400.14** |
| **Jaguar Credit Corporation v. Paul Brown 2006 L 00559** | **Business Debts** | **16th Judicial Circuit Kane County State of Illinois** | **Case Pending** |
| **Countrywide Home Loans, Inc. v. Paul Brown, et al 2006 CH 16783** | **Foreclosure** | **Cook County State of Illinois** | **Judgment of Foreclosure/Deficiency - $348,732.76** |
| **American Metro Bank v. PC Brown, et al 2007 CH 12835** | **Foreclosure** | **Cook County State of Illinois** | **Pending** |
| **Oak Trust Credit Union v. Paul C. Brown 2007 LK 605** | **Collection** | **16th Judicial Circuit Kane County State of Illinois** | **Judgment Entered - $1,129.12** |
| **742 North LaSalle, LLC v. Paul Brown, et al 2004 L 013915** | **Foreclosure** | **Cook County State of Illinois** | **Judgment Entered - $299,811.32** |
| **Scott & Kraus, LLC v. Paul Brown 2007 M1 258115** | **Collections** | **Cook County State of Illinois** | **Pending** |
| **Quail Run v. Paul Brown, et al 2008 LM 755** | **Forcible** | **16th Judicial Circuit Kane County State of Illinois** | **Pending Litigation** |
| **City of Chicago v. Paul C. Brown 2007 M1 677001** | | **Cook County State of Illinois** | **Judgment Entered** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Dusan Delic and Svetlana Delic v. Paul C. G. Brown 2008 L 002212** | | **Cook County State of Illinois** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Attorney Mathew M. Hevrin 100 Park Avenue Post Office Box 1389 Rockford, IL 61105-1389** | | **Attorney for First Midwest Bank 929-935 North Main Stret, Rockford, Illinois** |
| **J. P. Morgan Chase, N.A. P.O. Box 90108 Fort Worth, TX 76101** | | **2007 CH 6001** |
| **Fisher & Shapiro, LLC 4201 Lake Cook Road Northbrook, IL 60662-1060** | **Date of Foreclosure: 7/29/2008** | **Attorneys for Wells Fargo Bank, N.A./ 1441 North Elk Grove Unit 3R Chicago, IL 60622** |
| **Fisher & Shapiro, LLC 4201 Lake Cook Road Northbrook, IL 60662-1060** | **Date of Foreclosure: 2/28/2008** | **Attorneys for Wells Fargo Bank, N.A./ 1441 North Elk Grove Avenue Number 1G Chicago, IL 60622** |
| **Pierce & Associates One North Dearborn Chicago, IL 60602** | **Date of Foreclosure: 1/17/2007** | **1441 North Elk Grove Avenue Apartment 1-S Chicago, IL 60622** |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
☐       preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
        property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Neal Ekard** **Summit Management** | **Kane County** **16th Judicial Circuit** **State of Illinois** | **May 10, 2007** | **209 East Chicago Street** **Elgin, Illinois** **$700,000.00** |

### 7. Gifts

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■       and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
        aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
        either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■       **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
☐       concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
        preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **BARRICK, SWITZER, LONG, BALSLEY & VAN EV** **6833 Stalter Drive** **First Floor** **Rockford, IL 61108** | **August 11, 2008** | **$4,000.00 (including filing fee)** |

### 10. Other transfers

None    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
☐       transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
        filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Random Purchaser** | **2007** | **4347 South Oakenwald, Chicago, Illinois** **$1,700,000.00** |
| **Random Purchaser** | **2006** | **Barlett, Illinois** **$690,000.00** |

None
■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Falconridge LLC** | | **40 DuPage Court Suite 202 Elgin, IL 60120** | **Single Asset Real Estate** | **GET OFF INTERNET** |
| **Leeds York and Langley, Inc.** | | **1334 Hunter Ridge East Hoffmann Estates, IL** | **Construction Company** | **2003 - 2008** |
| **Dover, LLC** | | **5460 North State Road Number 7 Fort Lauderdale, FL 33319** | **Real Estate Co.** | **March 2008 through the present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Oxford, Falconridge and Pensby, LLC** | | **40 DuPage Court Suite 202 Elgin, IL 60120** | **Property Management Company** | **2003 through March 2008** |
| **Pensby LLC** | | **860 Summit Street Unit 136 Elgin, IL 60120** | **Real Estate Brokerage** | **2007 through the present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                         DATES SERVICES RENDERED
**Webley's Accounting Services, P.C.**         **April 2006 through the present**
**629 Howard Street**
**Evanston, IL 60202**

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                     DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                        ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                         DATE ISSUED

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY             INVENTORY SUPERVISOR           DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| | | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |

10

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 19, 2008**                      Signature   **/s/ Paul C. Brown**
                                                            **Paul C. Brown**
                                                            Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Paul C. Brown**                                                     Case No.
                              _____
                                    Debtor(s)                   Chapter    **7**    _____

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **-NONE-** | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **August 19, 2008**                   Signature   **/s/ Paul C. Brown**
                                                          **Paul C. Brown**
                                                          Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Paul C. Brown**

Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept................................................................ | $ | **3,701.00** |
| Prior to the filing of this statement I have received............................................... | $ | **3,701.00** |
| Balance Due................................................................................................................ | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 19, 2008**

**/s/ JASON H. ROCK**
**JASON H. ROCK**
**BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA**
**6833 Stalter Drive**
**First Floor**
**Rockford, IL 61108**
**(815) 962-6611   Fax: (815) 962-0687**
**jrock@bslbv.com**

---

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **JASON H. ROCK** | X **/s/ JASON H. ROCK** | **August 19, 2008** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**6833 Stalter Drive
First Floor
Rockford, IL 61108
(815) 962-6611**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Paul C. Brown** | X **/s/ Paul C. Brown** | **August 19, 2008** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Paul C. Brown**

Debtor(s)

Case No. _____

Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **149**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August 19, 2008**

**/s/ Paul C. Brown**
**Paul C. Brown**
Signature of Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

A/R Concepts,Inc.
33 West Higgins Road
Suite 715
Barrington, IL 60010-9103


Aaron Krolik
111 West Washington Street
Suite 1028
Chicago, IL 60602


Academy Collection Services
10965 Decatur Road
Philadelphia, PA 19154-3210


Academy Collection Services
10965 Decatur Road
Philadelphia, PA 19154-3210


ACB Bill
Post Office Box 177
Cincinnati, OH 45201-0177


ACL Self-Storage Co.
1741 Weld Road
Elgin, IL 60123-5826


AMC Mortgage Services, Inc.
Post Office Box 5926
Carol Stream, IL 60197-5926


America's Servicing Co.
7495 New Horizon Way
Frederick, MD 21703


American Metro Bank
4878 North Broadway
Chicago, IL 60640


American Metro Bank
4878 North Broadway Street
Chicago, IL 60640

Arnold Scott Harris, PC
600 West Jackson Boulevard
Suite 720
Chicago, IL 60680-5625


Arrow Financial
5996 West Toughy Avenue
Niles, IL 60714


Arrow Financial
21031 Network Place
Chicago, IL 60678-1031


AT&T
Post Office Box 8100
Aurora, IL 60507


Attorney Christopher A. Cieniawa
Fisher & Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062-1060


Attorney Christopher A. Cieniawa
Fisher & Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062-1060


Attorney David S. Rusink
180 North LaSalle Street
Suite 3700
Chicago, IL 60601


Attorney Jerome E. Riley
Freedman, Anselmo, Lindberg & Rappe
Post Office Box 3228
Naperville, IL 60566-7228


Attorney John Gilbert
202 West State Street
Suite 200
Rockford, IL 61101


Attorney Matthew M. Hevrin
Hinshaw & Culbertson LLP
100 Park Avenue
Rockford, IL 61105-1389

```
Attorney Melissa B. Hursey
Fitzgerald & Hursey, LLP
215 North DesPlaines Street, Suite
Chicago, IL 60661-1140


Attorney Michael Kemok
Pierce & Associates
One North Dearborn Street
Chicago, IL 60602


Attorney Michael P. Cohen
435 West Erie
Suite 802
Chicago, IL 60610


Attorney Michael R. Polk
Walinski & Trunkett, PC
25 East Washington Street
Chicago, IL 60602


Attorney Sandra G. Quello
Evans, Loewenstein, Shimanovsky
130 South Jefferson Street, Ste.500
Chicago, IL 60661


Bank of America
P.O. Box 1390
Achilles, VA 23001


Bank of America
P.O. Box 1390
Achilles, VA 23001


Bell, Boyd & Lloyd LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207


BMW Financial Services
5515 Park Center Cir.
Dublin, OH 43017


Bonnie J. Shoenberg
425 Huehl Road
Building #3
Northbrook, IL 60062
```

```
BP
Post Office Box 70887
Charlotte, NC 28272-0887


Bureau of Collection Recovery
Post Office Box 9001
Minnetonka, MN 55345-9001


CACH LLC
370 17th Street
Suite 5000
Denver, CO 80202


CCS Payment Processing Center
P.O. Box 55126
Boston, MA 02205-5126


Central DuPage Hospital
25 North Winfireld Road
Winfield, IL 60190-1295


Certegy Payment Recovery Services,
11601 Roosevelt Boulevard
Saint Petersburg, FL 33716


Certified Services, Inc.
Post Office Box 177
Waukegan, IL 60079-0177


Chase
Post Office Box 1513
Wilmington, DE


Chase
PO Box 52195
Phoenix, AZ 85072-2195


Chase Home Finance
Post Office Box 8116
Phoenix, AZ 85062-8116


Chase Manhattan Mortgage
10790 Rancho Bernardo Road
San Diego, CA 92127
```

Chase Manhattan Mortgage
10790 Rancho Bernardo Road
San Diego, CA 92127


Chase Manhattan Mortgage
10790 Rancho Bernardo Road
San Diego, CA 92127


Chase Mortgage
10790 Rancho Bernardo Road
San Diego, CA 92127


Chicago Apartment Solutions
1614 West Belmont
Chicago, IL 60657


Chicagoland Survey Company, Inc.
6501 West 65th Street
Chicago, IL 60638


Citifinancial Retail
Post Officed Box 6080
Newark, DE 19714


City of Chicago
Department of Water Management
Post office Box 6330
Chicago, IL 60680-6330


City of Chicago
Department of Water Management
Post Office Box 6330
Chicago, IL 60680-6330


City of Chicago
Department of Revenue
121 North LaSalle Street, Room 107
Chicago, IL 60602


City of Chicago
Department of Buildings
120 North Racine Avenue
Chicago, IL 60607

City of Chicago Water Department
Post office Box 6330
Chicago, IL 60680-6330


Comcast
1711 East Wilson Street
Batavia, IL 60510


COMED BILL PAYMENT CENTER
Chicago, IL 60668


Commonwealth Edison Bill Payment Ce
Chicago, IL 60668-0001


Commonwealth Edison Bill Payment Ce
Chicago, IL 60668-0001


Commonwealth Edison Bill Payment Ce
Chicago, IL 60668-0001


Commonwealth Edison Bill Payment Ce
Chicago, IL 60668-0001


Countrywide
Post Office Box 650070
Dallas, TX 75265-0070


Countrywide
450 American Street
Simi Valley, CA 93065


Countrywide Home Loans
450 American Street
Simi Valley, CA 93065


Credit One Bank
Post Office Box 98873
Las Vegas, NV 89193-8873

Credit Protection Association, L.P.
Comcast
Post Office Box 3002
Southeastern, PA 19398-3002


Creditors Financial Group
Post Office Box 440290
Aurora, CO 80044-0290


Daniel G. Lauer & Associates, PC
1424 West Division Street
Chicago, IL 60622


Dependon Collection SE
7627 West Lake Street
Suite 210
River Forest, IL 60305


Donovan Nesbitt
c/o Kiana Nesbitt
8555 Crawford Avenue
Skokie, IL 60076


Donovan Nesbitt
c/o Kiana Nesbitt
8555 Crawford Avenue
Skokie, IL 60076


Dyck/O'Neil, Inc.
c/o Debi Randall
15301 Spectrum Drive, Suite 450
Addison, TX 75001


Elan Financial Services
Post Office Box 108
Saint Louis, MO 63166-9801


EMC Mortgage
Post Office Box 141358
Irving, TX 75014


EXXON MOBIL
Post Office Box 4598
Carol Stream, IL 60197-4598

First Bank and Trust
820 Church Street
Evanston, IL 60201


First Bank and Trust
820 Church Street
Evanston, IL 60201


First Midwest Bank, N.A.
c/o Attorney Matthew Hevrin
Post Office Box 1309
Rockford, IL 61105


Flood Brothers Disposal Co.
17 West 697 Butterfield Road
Suite E
Oakbrook Terrace, IL 60181


Flood Brothers Disposal Co.
17 West 697 Butterfield Road
Suite E
Oakbrook Terrace, IL 60181


Flood Brothers Disposal Co.
17 West 697 Butterfield Road
Suite E
Oakbrook Terrace, IL 60181


Foote, Meyers, Mielke & Flowers
28 North First Street
Suite Two
Geneva, IL 60134


Forrest Auto Body, Inc.
950 Villa Street
Elgin, IL 60120-8147


Friedman & Wexler, LLC
500 West Madison Street
Suite 2910
Chicago, IL 60661-2587


Gregory Sultan
Attorney at Law
1601 Sherman Avenue, Suite 200
Evanston, IL 60201

Harris Bank
1100 North Roselle Road
Hoffman Estates, IL 60169


Harvard Collection Services, Inc.
Post Office Box 1992
Southgate, MI 48195-0992


Home Finance
Attention: Department 360
Post Office Box 509011
San Diego, CA


Home Finance
Attention: Department 360
Post Office Box 509011
San Diego, CA 92150-9011


Home Finance
Attention: Department 380
Post Office Box 509011
San Diego, CA 92150-9011


HomeQ Servicing Corp
Post Office Box 70830
Charlotte, NC 28272-0830


Illinois Department of Labor
100 West Randolph Street
13th Floor
Chicago, IL 60601


Illinois Department of Revenue
Post Office Box 19084
Springfield, IL 62794-9084


Internal Revenue Service
Centralized Insolvency Ops.
Post Office Box 21126
Philadelphia, PA 19114-0326


Ira Nevill
175 North Franklin Street
Suite 201
Chicago, IL 60606

Jaguar Credit
Post Office Box 111897
Nashville, TN 37222


Jaguar Credit
Post Office Box 111897
Nashville, TN 37222


James Kiss
96 Kennedy Memorial Drive
Suite 203
Carpentersville, IL 60110


Kalland Law Office
167 East Chicago Street
Elgin, IL 60120


L.C. System, Inc.
444 Highway 96 East
Saint Paul, MN 55164-0437


Law Offices-Peter Anthony Johnson
4 East Huron Street
Chicago, IL 60611-3514


Linens N Things
2760 Sutton Road
Hoffman Estates, IL 60192


Medical Recovery Specialists, Inc.
2250 East Devon Avenue
Suite 352
Des Plaines, IL 60018


Mercantile Adjustment Bureau
Post Office Box 9016
Buffalo, NY 14231


MidAmerica Bank
55th & Holmes Avenue
Clarendon Hills, IL 60514

Mr. Steve Mazur
City of Chicago Department of Build
120 North Racine Avenue
Chicago, IL 60607


Nationwide Agribusiness Insurance C
5525 Parkcenter Circle
Dublin, OH 43017


NCO Financial Systems, Inc.
PO Box 17196
Baltimore, MD 21297


New World Media
6245 West Howard Street
Niles, IL 60714-3403


Nicor
P.O. Box 416
Aurora, IL 60568-0001


Nicor
P.O. Box 416
Aurora, IL 60568-0001


Nicor
P.O. Box 416
Aurora, IL 60568-0001


Nicor Gas
1844 West Ferry Road
Naperville, IL 60563


Nigro and Westfall, PC
1793 Bloomingdale Road
Glendale Heights, IL 60139


Nordstrom FSB
Post office Box 6555
Englewood, CO 80155


Normand A. Cohen
25 East Washington Street
Suite #1927
Chicago, IL 60602

North Shore Agency, Inc.
Attention: Ms. Goodwin
Post Office Box 94515
Palatine, IL 60094-4515


Northwest Suburban Imaging
34659 Eagle Way
Chicago, IL 60678


Oak Trust
Post Office Box 5051
Villa Park, IL 60181


Ochwen FSB
12650 Ingenuity Drive
Chiefland, FL 32626


Office Depot
P.O. Box 689182
Des Moines, IA 50368-9182


Office Depot
P.O. Box 689182
Des Moines, IA 50368-9182


OSI Recovery Solutions
Post Office Box 8902
Westbury, NY 11590-8902


Pediatric Dentistry Ltd.
860 Summit Street
Suite 246
Elgin, IL 60120


Peoples Gas
Chicago, IL 60687


Pier One Imports
Post Office Box 15325
Wilmington, DE 19886

Pierce & Associates
13th Floor
One North Dearborn Street
Chicago, IL 60602


Plaza Associates
Post Office Box 18008
Hauppauge, NY 11788-8808


Portfolio
120 Corporate Boulevard
Suite 1
Norfolk, VA 23502


Professional Account Management, LL
Post Office Box 2080
Milwaukee, WI 53201-2080


Professional Bureau of Collections
Post Office Box 628
Elk Grove, CA 95759-0628


Professional Bureau of Collections
Post Office Box 628
Elk Grove, CA 95759-0628


Professional Bureau of Collections
Post Office Box 628
Elk Grove, CA 95759-0628


Roeser & Vuch, LLC
920 Davis Road
Elgin, IL 60123


Sam's Club
Post Office Box 530970
Atlanta, GA 30353-0970


Security Life Insurance Company
Post Office Box 26118
New York, NY 10087-6118


Sherman Hospital
934 Center Street
Elgin, IL 60120-2198

SIX WRITTEN LEASES

Speedway SuperAmerica
Post Office Box 1590
Springfield, OH 45501-1590

St. Charles Veterinary Clinic
530 Dunham Road
Saint Charles, IL 60174

State Farm Insurance Company
Post Office Box 680001
Dallas, TX 75368-0001

State of Wisconsin
Dodge County Justice Facility
210 West Center Street
Juneau, WI 53039-1091

Systems & Services Technologies Inc
1717 West 7th Street
Joplin, MO 64801

TAC Collections, Inc.
401 North Michigan Avenue
Suite 1200
Chicago, IL 60611

TRS Recovery Services, Inc.
Post Office Box 60022
City Of Industry, CA 91716-0022

U.S. Bank
P.O. Box 790408
Saint Louis, MO 63179-0408

US Bank/NA ND
4325 17th Avenue
Fontana, WI 53125

West Asset Management, Inc.
Post office Box 105478
Atlanta, GA 30348-5478

West Asset Management, Inc.
Post Office Box 1259
Department 11576
Oaks, PA 19456


Wexler & Wexler LLC
500 West Madison Street
Suite 2910
Chicago, IL 60661-2587


William Yung
Assistant Attorney General
100 West Randolph Street, 13th Floo
Chicago, IL 60601


Zions First National
One Evertrust Plaza
Jersey City, NJ 07302